UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RICHARD TURKS<br>    LA. DOC. #100499 | DOCKET NO. 09-CV-1181; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| TIM WILKINSON, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §1915(e)(2)(b), against only the following defendants: **Joanne Smith, R. Keiffer, Unknown Medical Provider, Linda Steele, Linda Ramsey, and CCA.**

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 29th day of April, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE