**RECEIVED**
IN ALEXANDRIA, LA.

JUN 2 8 2013

TONY R. MOORE, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RICHARD TURKS,<br>     Plaintiff | CIVIL ACTION NO. 09-CV-1181<br>SECTION "P" |
| VERSUS | JUDGE DEE D. DRELL |
| TIM WILKINSON, et al.,<br>     Defendants, | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that defendants' motion for summary judgment (Doc. 46) is GRANTED, Turks' motion for summary judgment (Doc. 39) is DENIED, and Turks' action is DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 28 day of June, 2013.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE